

*82,979-01*

Mr. Mario Perez
TDCJ-CID #1534249
Connally Unit
899 Fm. 632
Kenedy,Tx.78119

March 21,2015

Texas Court of Criminal Appeals
Court Clerk-Mr.Abel Acosta
P.O. Box 12308
Capitol Station
Austin,Tx.78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

Re:  Ex parte Mario Perez, Trial Court Nos. 2006-CR-5055B-W1, 2006-CR-5056B-W1, 2006-CR-5057B-W1 (399th District Court Bexar County,Texas)

Dear Court Clerk:

Greetings,I recieved your notation,verifying that the Court recieved my most recent missive.All in regards;to the Writ of Habeas Corpus's in above cause numbers.The Court of Criminal Appeals response stated,(on March 10,2015 application for Writ of Mandamus has been presented to the Court.)Now,could you please inform me,if the Court has granted an order towards the application for Writ of Mandamus.Also could you please notify me upon recieving my three applications for Writ of Habeas Corpus,their supporting documents, and related records to your office.

THANK YOU VERY MUCH FOR YOUR TIME AND ASSISTANCE.

Respectfully submitted,

Mario Perez

CC: File.